

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ DEC 23 2005 ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN Re | Master File No. |
| MTC ELECTRONIC TECHNOLOGIES SHAREHOLDER LITIGATION | CV–93–0876 (JG) |
|  | CV–95–2499 (JG) |
| This Document Relates To: | MDL No. 1059 |
| FRED KAYNE, et al. v. MTC ELECTRONIC TECHNOLOGIES CO., LTD., et al. | (PROPOSED) **PARTIAL FINAL JUDGMENT** |

On March 11, 2005, default was entered in favor of Plaintiffs Fred Kayne, et al. against Defendant GrandeTel Technologies, Inc. (formerly known as MTC Electronic Technologies Co. Ltd.). On March 23, 2005, Plaintiffs Fred Kayne, et al. filed a motion requesting that default be entered against Defendants Miko Leung, Sit Wa Leung and Alan Leung. On April 11, 2005 Plaintiffs Fred Kayne, et al. submitted documentary evidence in support of their damages submission as part of a request that a default judgment be entered on their RICO claim under 18 U.S.C. §1962(c) against Defendants GrandeTel Technologies, Inc., formerly known as MTC Electronic Technologies Co. Ltd., Miko Leung, Sit Wa Leung and Alan Leung.

The Court, having considered the documentary evidence submitted by Plaintiffs, orders that judgment be entered as follows:

Against Defendants GrandeTel Technologies, Inc. formerly known as MTC Electronic Technologies Co. Ltd., Miko Leung, Sit Wa Leung and Alan Leung, jointly and severally,

in favor of the following Plaintiffs in the following amounts:

| Plaintiff | Amount | | Trebled |
|---|---|---|---|
| Fred Kayne: | $1,183,553.72 | trebled to | $ 3,550,661.16 |
| Milton Okun and Rosemary Okun: | $ 368,872.50 | trebled to | $ 1,106,617.50 |
| Glen Tobias: | $ 248,141.38 | trebled to | $ 744,424.14 |
| Don Wohl: | $ 912,238.20 | trebled to | $ 2,736,714.60 |
| Ken Berg: | $ 670,917.35 | trebled to | $ 2,012,752.05 |
| Bronstein Family Trust: | $ 470,831.25 | trebled to | $ 1,412,493.75 |
| Robert Bronstein: | $ 86,367.90 | trebled to | $ 259,103.70 |
| Bruce Burnam: | $ 120,341.50 | trebled to | $ 361,024.50 |
| Kathleen Cohen: | $ 65,134.65 | trebled to | $ 195,403.95 |
| William Corbett: | $ 45,942.59 | trebled to | $ 137,827.77 |
| Cutler Family Trust: | $ 199,934.50 | trebled to | $ 599,803.50 |
| Martin Goldfarb, M.D.: | $ 108,407.37 | trebled to | $ 325,222.11 |
| Richard Gunther: | $ 593,068.48 | trebled to | $ 1,779,205.44 |
| Harpel Partners: | $5,148,148.95 | trebled to | $15,444,446.85 |
| Harpel International: | $ 312,552.56 | trebled to | $ 937,657.68 |
| Harpel/ Wheelock Partners: | $ 939,888.77 | trebled to | $ 2,819,666.31 |
| Stephen Kayne: | $ 7,353.00 | trebled to | $ 22,059.00 |
| Richard Milsner: | $1,111,200.51 | trebled to | $ 3,333,601.53 |
| Joel Rumm, D.V.M.: | $ 310,657.73 | trebled to | $ 931,973.19 |
| Victor Scaravilli: | $ 460,712.49 | trebled to | $ 1,382,137.47 |
| Tri S Partners: | $ 425,454.16 | trebled to | $ 1,276,362.48 |
| Dreiländer Beteiligung Objekt DLF 93/14-Walter Fink-KG: | $1,381,339.25 | trebled to | $ 4,144,017.75 |
| Zwölfte Dreiländer Beteiligung DLF 92/12-Walter Fink-KG: | $ 318,124.52 | trebled to | $ 954,373.56 |
| | | Total: | $46,467,549.99 |

Additionally, pursuant to 18 U.S.C. §1964(c), Plaintiffs, who were all represented by the same attorneys, are awarded jointly and severally reasonable costs in the amount of $2,383,717.85 and reasonable attorneys fees in the amount of $12,035,855.25, for a total award of $60,887,122.09. The amount is offset by partial settlements with other parties totalling $23,325,000, for a net judgment of $37,562,122.09.

Pursuant to Fed. R. Civ. P. 79(a), the clerk is ordered to enter this judgment on the civil docket forthwith.

IT IS SO ORDERED.

Dated: Brooklyn, New York
       12-19      , 2005

s/John Gleeson
JOHN GLEESON
UNITED STATES DISTRICT JUDGE